# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140637(64)(65)(66)
140638
140639
140640

GMAC, L.L.C.,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.
_____

SC: 140637-8
COA: 289261-2
Ct of Claims: 07-000152-MT
             08-000043-MT

NUVELL CREDIT COMPANY, L.L.C.,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.
_____

SC: 140639-40
COA: 289263, 289266
Ct of Claims: 07-000154-MT
             08-000044-MT

On order of the Chief Justice, the motions for temporary admission to practice of Jeffrey N. Starkey, Daniel H. Schlueter and Kent L. Jones are considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk